```
           UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

    **v.**                                  Case No. 05-cr-206-01-PB

<u>Danny Rivera</u>

### O R D E R

The defendant has moved to continue the November 1, 2005 trial in the above case, citing the need for additional time to complete discovery and prepare a defense. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from November 1, 2005 to February 7, 2006. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The October 27, 2005 final pretrial is continued until January 17, 2006 at 4:30 p.m.

SO ORDERED.

        /s/Paul Barbadoro
Paul Barbadoro
United States District Judge

October 25, 2005

cc: Patrick J. Richard, Esq.
    Mark Irish, AUSA
    United States Probation
    United States Marshal