```
                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW HAMPSHIRE
```

United States of America

    **v.**                                      Criminal No.  05-cr-206-01-B

Danny Rivera


**O R D E R**

The defendant has moved to continue the February 7, 2006 trial in the above case.  Defendant cites the need for additional time to review discovery materials recently received.  The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to review discovery materials and properly prepare for trial, the court will continue the trial from February 7, 2006 to June 6, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

```
        SO ORDERED.


                                        /s/ Paul Barbadoro
                                        Paul Barbadoro
                                        Chief Judge

February 27, 2006

cc:   Patrick Richard, Esq.
      Mark Irish, Esq.
      United States Probation
      United States Marshal
```