```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                          Case No. 05-cr-206-01-PB

**Danny Rivera**

                                **O R D E R**

The defendant, through counsel, has moved to continue the June 6, 2006 trial in the above case, citing the need for additional time to investigate the allegations contained in a superceding indictment which the government is currently seeking against the defendant.  The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to complete discovery on the new charges and properly prepare for trial, the court will continue the trial from June 6, 2006 to July 6, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance

outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on June 28, 2006 at 3:45 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

May 31, 2006

cc: Patrick J. Richard, Esq.
    Mark Irish, AUSA
    United States Probation
    United States Marshal